RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 4/17/06
BY Dm

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF LOUISIANA

SHREVEPORT DIVISION

UNITED STATES

versus

STEVEN G. THOMPSON

CRIMINAL ACTION NO. 06-50009
JUDGE TOM STAGG

## ORDER

Before the court is a "Motion To Request Remission Or Mitigation Of Forfeiture" filed pro se by defendant Steven G. Thompson ("Thompson"). See Record Document 22. Thompson submitted his motion pursuant to 18 U.S.C. § 983, however, he failed to allege the requirements set forth in 18 U.S.C. § 983(f)(1)(A)-(E). Furthermore, section 983 requires that a claimant first seek release of seized property from the appropriate official, and only if that official denies the claimant's request to release said property should the claimant file a petition with the court. This court has not been made aware of a prior request by Thompson to the appropriate official or a denial of Thompson's request by same. Accordingly;

**IT IS ORDERED** that Thompson's motion (Record Document 22) is hereby **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, this 13th day of April, 2006.

_____
JUDGE TOM STAGG