RECEIVED
USDC WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 6/19/08
BY DM

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION NO. 06-cr-50009 |
| VERSUS | JUDGE STAGG |
| STEVEN G. THOMPSON | MAGISTRATE JUDGE HORNSBY |

## O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendant Steven G. Thompson's Motion to Vacate (Doc. 27) is denied without prejudice, but Thompson is entitled to the opportunity to pursue an out-of-time direct appeal. To effectuate the out-of-time appeal, the Judgment in a Criminal Case (Doc. 25), originally entered on July 20, 2006, is hereby reinstated on the criminal docket as required by U.S. v. West, 240 F.3d 456 (5th Cir. 2001). The time for appeal is the 10-day period permitted by F.R.A.P. 4(b)(1)(A).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 19th day of June, 2008.

TOM STAGG
UNITED STATES DISTRICT JUDGE